# EXHIBIT 1

| Debt Purchase Dates per Entity/Security | Equity Purchase Dates per Entity | |
|---|---|---|
| Transaction Type | Transaction Type | |
| | CUSIP Number | 91911K102 |

| Row Labels | Row Labels |
|---|---|
| **BERS** | **BERS** |
| **91831AAB7** | 2/4/2015 |
| 3/13/2015 | 2/10/2015 |
| 9/29/2015 | 2/11/2015 |
| 10/2/2015 | **FIRE** |
| 10/5/2015 | 1/8/2013 |
| 10/6/2015 | 1/9/2013 |
| 10/21/2015 | 1/10/2013 |
| **91911KAE2** | 5/3/2013 |
| 9/29/2015 | 12/10/2013 |
| **DCP** | 4/25/2014 |
| **91831AAA9** | 5/14/2014 |
| 3/13/2015 | 6/11/2014 |
| 10/2/2015 | 6/12/2014 |
| 2/26/2016 | 6/17/2014 |
| **91831AAB7** | 6/18/2014 |
| 3/13/2015 | 6/19/2014 |
| 7/7/2015 | 6/20/2014 |
| **91831AAC5** | 6/23/2014 |
| 3/13/2015 | 10/9/2015 |
| **FIRE VARIABLE** | 10/12/2015 |
| **91831AAA9** | 10/14/2015 |
| 3/13/2015 | 10/15/2015 |
| 3/23/2015 | 10/16/2015 |
| 4/16/2015 | 10/19/2015 |
| **91831AAB7** | 10/21/2015 |
| 3/13/2015 | 10/23/2015 |
| 3/20/2015 | 10/27/2015 |
| 10/29/2015 | 10/28/2015 |
| 11/2/2015 | 11/6/2015 |
| 11/3/2015 | 12/1/2015 |
| 11/4/2015 | 12/2/2015 |
| 2/9/2016 | 12/3/2015 |
| 2/10/2016 | 12/4/2015 |
| 2/19/2016 | 12/7/2015 |
| **91831AAC5** | 12/8/2015 |
| 3/13/2015 | 12/28/2015 |
| **FIRE** | 12/29/2015 |
| **91831AAA9** | 12/30/2015 |
| 3/13/2015 | 12/31/2015 |
| 3/23/2015 | 1/4/2016 |
| 4/16/2015 | 1/5/2016 |

1

**EXHIBIT 1**

| | |
|---|---|
| **91831AAB7** | 1/6/2016 |
| 3/13/2015 | 1/8/2016 |
| 3/20/2015 | 1/14/2016 |
| 9/23/2015 | 1/15/2016 |
| 9/29/2015 | 1/20/2016 |
| 10/2/2015 | 2/1/2016 |
| 10/5/2015 | **NYCERS** |
| 10/6/2015 | 7/2/2014 |
| 10/7/2015 | 2/4/2015 |
| 10/8/2015 | 2/10/2015 |
| 10/14/2015 | 2/11/2015 |
| 10/15/2015 | 8/31/2015 |
| 10/21/2015 | **POLICE** |
| 10/22/2015 | 1/8/2013 |
| 10/29/2015 | 1/9/2013 |
| 10/30/2015 | 1/10/2013 |
| 11/2/2015 | 5/3/2013 |
| 11/3/2015 | 12/10/2013 |
| 11/4/2015 | 3/14/2014 |
| 12/14/2015 | 4/25/2014 |
| 12/15/2015 | 5/14/2014 |
| 2/9/2016 | 6/11/2014 |
| 2/10/2016 | 6/12/2014 |
| 2/19/2016 | 6/17/2014 |
| 2/22/2016 | 6/18/2014 |
| 2/29/2016 | 6/19/2014 |
| 3/1/2016 | 6/20/2014 |
| 3/2/2016 | 6/23/2014 |
| 3/7/2016 | 7/8/2015 |
| **91831AAC5** | 10/9/2015 |
| 3/13/2015 | 10/12/2015 |
| **91911KAE2** | 10/14/2015 |
| 1/15/2015 | 10/15/2015 |
| 9/29/2015 | 10/16/2015 |
| **FIRE OFFICERS** | 10/19/2015 |
| **91831AAA9** | 10/21/2015 |
| 3/13/2015 | 10/23/2015 |
| 3/23/2015 | 10/27/2015 |
| 4/16/2015 | 10/28/2015 |
| **91831AAB7** | 11/6/2015 |
| 3/13/2015 | 12/1/2015 |
| 3/20/2015 | 12/2/2015 |
| 10/29/2015 | 12/3/2015 |
| 11/2/2015 | 12/4/2015 |
| 11/3/2015 | 12/7/2015 |
| 11/4/2015 | 12/8/2015 |
| 2/9/2016 | 12/28/2015 |

2

**EXHIBIT 1**

| | |
|---|---|
| 2/10/2016 | 12/29/2015 |
| 2/19/2016 | 12/30/2015 |
| **91831AAC5** | 12/31/2015 |
| 3/13/2015 | 1/4/2016 |
| **NYCERS** | 1/5/2016 |
| **91831AAA9** | 1/6/2016 |
| 3/13/2015 | 1/8/2016 |
| 3/23/2015 | 1/14/2016 |
| 4/16/2015 | 1/15/2016 |
| 11/2/2015 | 1/20/2016 |
| **91831AAB7** | 2/1/2016 |
| 3/13/2015 | **TRS Variable A** |
| 3/16/2015 | 10/18/2013 |
| 3/20/2015 | 10/23/2013 |
| 9/22/2015 | 11/14/2013 |
| 9/23/2015 | 1/30/2014 |
| 9/29/2015 | 3/13/2014 |
| 9/30/2015 | 5/8/2014 |
| 10/2/2015 | 7/28/2014 |
| 10/5/2015 | 10/17/2014 |
| 10/6/2015 | 10/21/2014 |
| 10/7/2015 | 1/13/2015 |
| 10/8/2015 | 1/14/2015 |
| 10/14/2015 | 1/21/2015 |
| 10/15/2015 | 1/22/2015 |
| 10/21/2015 | 1/23/2015 |
| 10/22/2015 | 1/26/2015 |
| 10/29/2015 | 1/27/2015 |
| 10/30/2015 | 1/28/2015 |
| 11/2/2015 | 1/29/2015 |
| 11/3/2015 | 1/30/2015 |
| 11/4/2015 | 2/2/2015 |
| 12/14/2015 | 3/3/2015 |
| 12/15/2015 | 9/28/2015 |
| 2/9/2016 | 9/29/2015 |
| 2/10/2016 | 10/6/2015 |
| 2/19/2016 | 10/22/2015 |
| 2/22/2016 | 10/23/2015 |
| 2/29/2016 | 11/13/2015 |
| 3/1/2016 | 11/16/2015 |
| 3/2/2016 | 11/17/2015 |
| 3/7/2016 | 11/18/2015 |
| **91831AAC5** | 12/29/2015 |
| 3/13/2015 | 1/13/2016 |
| 3/18/2015 | |
| 9/28/2015 | |
| 3/1/2016 | |

**EXHIBIT 1**

**91911KAE2**
1/15/2015
2/23/2015
6/11/2015
9/29/2015
10/15/2015
10/27/2015
10/29/2015
11/2/2015
11/24/2015
12/16/2015
12/17/2015
3/4/2016

**POLICE**

**91831AAA9**
3/13/2015
3/23/2015
4/16/2015
11/2/2015

**91831AAB7**
3/13/2015
3/16/2015
3/20/2015
9/22/2015
9/29/2015
9/30/2015
10/2/2015
10/5/2015
10/6/2015
10/7/2015
10/8/2015
10/14/2015
10/15/2015
10/21/2015
10/22/2015
10/29/2015
10/30/2015
11/2/2015
11/3/2015
11/4/2015
12/14/2015
2/9/2016
2/10/2016
2/19/2016
2/22/2016
2/29/2016
3/1/2016

**EXHIBIT 1**

    3/2/2016
    3/7/2016
**91831AAC5**
    3/13/2015
    3/18/2015
    9/28/2015
    3/1/2016
**91911KAE2**
    1/15/2015
    2/23/2015
    6/11/2015
    9/29/2015
    10/15/2015
    10/27/2015
    10/29/2015
    11/2/2015
    11/24/2015
    12/16/2015
    12/17/2015
    3/4/2016
**TRS**
    **91831AAA9**
    3/13/2015
    3/23/2015
    4/16/2015
    11/2/2015
    12/21/2015
    **91831AAB7**
    3/13/2015
    3/16/2015
    3/20/2015
    9/22/2015
    9/23/2015
    9/29/2015
    9/30/2015
    10/2/2015
    10/5/2015
    10/6/2015
    10/7/2015
    10/8/2015
    10/14/2015
    10/15/2015
    10/21/2015
    10/22/2015
    10/29/2015
    10/30/2015
    11/2/2015

**EXHIBIT 1**

    11/3/2015
    11/4/2015
    12/14/2015
    12/15/2015
    12/21/2015
    2/9/2016
    2/10/2016
    2/19/2016
    2/22/2016
    2/29/2016
    3/1/2016
    3/2/2016
    3/7/2016
**91831AAC5**
    3/13/2015
    3/18/2015
    9/28/2015
    3/1/2016
**91911KAE2**
    1/15/2015
    2/23/2015
    6/11/2015
    9/29/2015
    10/15/2015
    10/27/2015
    10/29/2015
    11/2/2015
    11/24/2015
    12/16/2015
    12/17/2015
    3/4/2016