UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, THE NEW YORK CITY POLICE PENSION FUND, THE BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, THE TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK VARIABLE ANNUITY PROGRAM, THE NEW YORK CITY FIRE DEPARTMENT PENSION FUND, THE NEW YORK CITY FIRE OFFICERS' VARIABLE SUPPLEMENTS FUND, THE NEW YORK CITY FIRE FIGHTERS' VARIABLE SUPPLEMENTS FUND, and THE NEW YORK CITY DEFERRED COMPENSATION PLAN,<br><br>          Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, TANYA CARRO, PRICEWATERHOUSECOOPERS LLP, BARCLAYS CAPITAL INC., and DEUTSCHE BANK SECURITIES INC.<br><br>          Defendants. | Civil Action No. 3:18-cv-00032 (MAS) (LHG) |

## STIPULATION AND ~~[redacted]~~ ORDER

WHEREAS, Plaintiffs have filed a Complaint against Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Tanya Carro, PricewaterhouseCoopers LLP, Barclays Capital Inc., and Deutsche Bank Securities Inc. (together, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, on January 19, 2018, the Court entered a Stipulation and Confidentiality Order ("Confidentiality Order") in *T. Rowe Price Growth Stock Fund, Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-5034-MAS-LHG (ECF No. 89); *Equity Trustees Limited, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-6127-MAS-LHG (ECF No. 85); *Principal Funds, Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-6128-MAS-LHG (ECF No. 83); *BloombergSen Partners Fund LP, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7212-MAS-LHG (ECF No. 82); *Pentwater Equity Opportunities Master Fund Ltd., et al. v. Valeant Pharmaceuticals International, Inc., et al*, No. 17-cv-7552-MAS-LHG (ECF No. 42); *Discovery Global Citizens Master Fund, Ltd., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7321-MAS-LHG (ECF No. 74); *MSD Torchlight Partners, L.P., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7324-MAS-LHG (ECF No. 74); *BlueMountain Foinaven Master Fund L.P., et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7328-MAS-LHG (ECF No. 74); *Incline Global Master LP, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7494-MAS-LHG (ECF No. 75); *Valic Company I, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7496-MAS-LHG (ECF No. 75); *Janus Aspen Series, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 16-cv-7497-MAS-LHG (ECF No. 80); *Okumus Opportunistic Value Fund, Ltd. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-6513-MAS-LHG (ECF No. 48); *Public Employees Retirement System Of Mississippi v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-7625-MAS-LHG (ECF No. 69); *The Boeing Company Employee Retirement Plans Master Trust, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-7636-MAS-LHG (ECF No. 71); *Lord Abbett Investment Trust—Lord Abbett Short Duration Income Fund, et al., v.*

*Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-6365-MAS-LHG (ECF No. 70); *State Board of Administration of Florida v. Valeant Pharmaceuticals International, Inc. et al.*, No. 17-cv-12808-MAS-LHG (ECF No. 19); and *The Regents of the University of California v. Valeant Pharmaceuticals International, Inc. et al.*, No. 17-cv-13488-MAS-LHG (ECF No. 19) (collectively, the "Actions");

WHEREAS, Paragraph 33 of the Confidentiality Order provides that it "shall apply to any action deemed related to *In re Valeant Pharmaceutical International, Inc. Sec. Litig.*, Master No. 3:15-cv-07658-MAS-LHS, including currently pending actions and subsequently filed actions";

WHEREAS, counsel for the Parties have conferred and agreed to deem this action related to *In re Valeant Pharmaceutical International, Inc. Sec. Litig.*, Master No. 3:15-cv-07658-MAS-LHS for purposes of the Confidentiality Order;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that the Confidentiality Order entered in the Actions shall apply to this action and respectfully request the Court to enter the Confidentiality Order on the docket.

Stipulated and agreed to by:

DATED: February 14, 2018

<div style="column-count:2">

**COHEN MILSTEIN SELLERS & TOLL PLLC**

/s/ Michael B. Eisenkraft
Michael B. Eisenkraft
88 Pine Street, 14th Fl.
New York, NY 10005
Tel: (212) 838-7797

Steven J. Toll
Julie Goldsmith Reiser
S. Douglas Bunch
Adam H. Farra
1100 New York Ave., N.W., 5th Fl.
Washington, D.C. 20005
Tel: (202) 408-4600

*Counsel for Plaintiffs*

**McCARTER & ENGLISH LLP**

/s/ Richard Hernandez
Richard Hernandez
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local Counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**
Paul C. Curnin
Jonathan K. Youngwood
Craig S. Waldman
Daniel J. Stujenske
Dean McGee
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals Int'l, Inc. and Robert L. Rosiello*

**COOLEY LLP**
William J. Schwartz
Laura G. Birger
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*

</div>

4

**DEBEVOISE & PLIMPTON LLP**

/s/ Holly S. Wintermute
Holly S. Wintermute
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle
Ada. F. Johnson
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

**WINSTON & STRAWN LLP**

/s/ James S. Richter
James S. Richter
Melissa Steedle Bogad
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*

**CHIESA SHAHINIAN & GIANTOMASI PC**

/s/ A. Ross Pearlson
A. Ross Pearlson
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP*

5

**KING & SPALDING LLP**

James J. Capra
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Fax: (212) 556-2222

Kenneth Y. Turnbull
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Fax: (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP*


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

/s/ Richard A. Rosen
Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3305

*Counsel for Barclays Capital, Inc. and Deutsche Bank Securities Inc.*

So Ordered this 21st day of February, 2018

[signature]

6